No. 848. FIXA, POSTMASTER, SAN FRANCISCO, ET AL. *v.* HEILBERG. Appeal from the United States District Court for the Northern District of California. Probable jurisdiction noted. This case is set for oral argument immediately following No. 491. MR. JUSTICE WHITE took no part in the consideration or decision of this case. *Solicitor General Cox, Assistant Attorney General Yeagley* and *Kevin T. Maroney* for appellants.

No. 571. SWIFT & CO., INC., ET AL. *v.* WICKHAM, COMMISSIONER OF AGRICULTURE & MARKETS OF NEW YORK. Appeal from the United States District Court for the Southern District of New York. Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits. The Solicitor General is invited to file a brief on the merits. *William J. Condon, William J. Colavito, Edmund L. Jones, William P. Woods* and *Earl G. Spiker* for appellants. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Philip Kahaner* and *Lester Esterman,* Assistant Attorneys General, for appellee.